for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Stapleton. For former opinion, see 146 N. Y. Supp. 1035.

---

PEOPLE ex rel. McGLOIN, Appellant, v. PATROLMEN'S BENEFIT ASS'N OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Proceeding by the People of the State of New York, on the relation of John W. McGloin, against the Patrolmen's Benefit Association of the city of New York. W. S. Bennet, of New York City, for appellant. B. Ellison, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 160 App. Div. 926, 145 N. Y. Supp. 1140.

---

PEOPLE ex rel. McKENNA v. CONNOLLY. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Proceeding by the People of the State of New York, on the relation of Henry J. McKenna, against Maurice E. Connolly, as President of the Borough of Queens. No opinion. Determination reversed, without costs, and a new hearing ordered, at which the relator may have an opportunity, through counsel, if he so desires, to cross-examine every witness produced against him.

---

PEOPLE ex rel. MAGGIO, Appellant, v. DEPARTMENT OF HEALTH OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Proceeding by the People of the State of New York, on the relation of Accursio Maggio, against the Department of Health of the City of New York. C. W. Gould, of New York City, for appellant. W. E. C. Mayer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. NEW YORK, N. H. & H. R. CO. v. PUBLIC SERVICE COMMISSION FOR SECOND DIST. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Proceeding by the People of the State of New York, on the relation of the New York, New Haven & Hartford Railroad Company, against the Public Service Commission for the Second District. No opinion. Motion denied. See, also, 159 App. Div. 531, 145 N. Y. Supp. 503.

---

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. PUBLIC SERVICE COMMISSION FOR SECOND DIST. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against the Public Service Commission for the Second District. No opinion. Motion denied. See, also, 159 App. Div. 546, 145 N. Y. Supp. 513.

---

PEOPLE ex rel. POWELL, Appellant, v. SUPERINTENDENT OF NEW YORK STATE REFORMATORY FOR WOMEN, etc.,

Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York, on the relation of Martha Powell, against the Superintendent of the New York State Reformatory for Women, etc. No opinion. Motion denied.

---

PEOPLE ex rel. REGAN v. HENNESSY et al. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York, on the relation of Mary Regan, against Joseph P. Hennessy and others. No opinion. Writ of certiorari dismissed, with $50 costs and disbursements, upon the ground that the grade had not been established in Twentieth street, between Tenth Avenue and Vanderbilt street, by lawful authority, at the time the relator's house was built, and that the property has not been improved in conformity with any established grade.

---

PEOPLE ex rel. REILLY v. JOHNSON, Fire Com'r. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Proceeding by the People of the State of New York, on the relation of James Reilly, against Joseph Johnson, as Fire Commissioner. D. Neuberger, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. ROACHE v. HANBURY. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York, on the relation of Benedict Roache, against Harry A. Hanbury. No opinion. Motion to resettle order of March 27, 1914, granted to the extent of inserting therein, in lieu of the words "April term, 1914," the words "April 20, 1914"; otherwise, motion denied. See, also, 147 N. Y. Supp. 851; 147 N. Y. Supp. 1134.

---

PEOPLE ex rel. ROACHE, Respondent, v. HANBURY, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York, on the relation of J. Benedict Roache, against Harry A. Hanbury.

PER CURIAM. The judgment debtor Flynn's relation to the check drawn by the Hamilton Trust Company, which appellant indorsed, and to the other persons referred to in the supplementary proceedings, involves a wide field of testimony. An examination of those parts of this testimony designated by the Special Term as to be included in the appeal record shows no sufficient grounds to change the order below. This court cannot act on the mere assertion that they are not material, without having any detailed grounds of that objection stated. The order of February 21st is therefore affirmed, with $10 costs and disbursements. See, also, 147 N. Y. Supp. 1134.

---

PEOPLE ex rel. ROACHE, Respondent, v. HANBURY, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1914.) Proceeding by the People of the State of New York, on the relation of J. Benedict